NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARCTIC CAT INC.,**
*Appellant*

**v.**

**POLARIS INDUSTRIES, INC.,**
*Appellee*

---

2018-1850

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-01713.

---

## JUDGMENT

---

NIALL ANDREW MACLEOD, Kutak Rock LLP, Minneapolis, MN, argued for appellant. Also represented by JASON STEWART JACKSON, Omaha, NE.

CYRUS ALCORN MORTON, Robins Kaplan LLP, Minneapolis, MN, argued for appellee. Also represented by ANDREW DOUGLAS HEDDEN, BRENDA L. JOLY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, REYNA, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| March 15, 2019 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |